No. 5906.—Colón Rosich, apldo., *v.* Saurí, aplte.—C. D. Ponce. ▬▬▬▬▬▬▬ Marzo 27, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, dictada sentencia contra el demandado con imposición de las costas y presentado el memorándum de ellas, la corte inferior aprobó el pago de $500 por honorarios de abogado:

Por cuanto, el motivo de apelación fundado en que no pueden concederse honorarios de abogado porque la condena en costas no los concede expresamente es insostenible, según hemos resuelto en varias decisiones:

Por cuanto, tampoco tienen mérito los otros errores que se alegan por haberse concedido $500 de honorarios cuando la condena de la sentencia es por $1,500; por no haber habido temeridad en defenderse de una reclamación de $3,210.90; y por no haberse tenido

en cuenta la importancia y novedad de las cuestiones litigiosas tampoco son sostenibles, porque examinados los autos no creemos que la corte inferior cometiera abuso de su discreción al fijar la cantidad que debe ser pagada por honorarios de abogado:

POR TANTO, confirmamos la resolución apelada.